IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 2:19-CR-15 |
| | § | JUDGES GILSTRAP/PAYNE |
| ANDRES MICHAEL MARTINEZ-JUAREZ | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count Three of the Superseding Indictment with a violation 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute and Distribution of Methamphetamine. The essential elements which must be proven to establish violation of these offenses are:

FIRST**:**  That you knowingly possessed a controlled substance;

SECOND**:**  That the substance was, in fact, actual methamphetamine, a Schedule II controlled substance;

THIRD**:**  That you possessed the controlled substance with the intent to distribute it or did distribute it; and

FOURTH:  That the quantity of the controlled substance was at 50 grams or more.

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY

*/s/ Lucas Machicek*
LUCAS MACHICEK
ASSISTANT U.S. ATTORNEY
Texas Bar No. 24064230
110 North College Avenue, Suite 700
Tyler, Texas 75702
(903) 590-1400

Elements – Page 1 of 2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Elements of the Offense has been served on counsel of record for the defendant via ECF on this, the 30th day of October, 2020.

                                               */s/ Lucas Machicek*
                                               LUCAS MACHICEK