IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NO. 2:19-CR-15 |
| ANDRES MICHAEL MARTINEZ-JUAREZ a.k.a. "Little Mike" | JUDGES GILSTRAP/PAYNE |

## FACTUAL BASIS

An investigation by the Federal Bureau of Investigations (FBI), Texas Department of Public Safety (DPS), City of Marshall (Texas) Police Department (MPD), and Harrison County Sheriff's Office (HCSO) disclosed the following facts that establish that I, the defendant, **Andres Michael Martinez-Juarez**, committed the conduct described Count One of the indictment, which charges a violation of 21 U.S.C. § 841(a)(1) (possession with intent to distribute of methamphetamine). I agree that the following factual basis is true and correct:

1. That I, the defendant, **Andres Michael Martinez-Juarez**, am changing my plea to guilty and I am the same person charged in the Indictment;

2. That the events described in the Indictment occurred in the Eastern District of Texas;

3. That on or about August 14, 2019, law enforcement officers lawfully searched my residence, located at 1601 South Street, Marshall, Harrison County, Texas, pursuant to a valid search warrant. In my residence, officers discovered and

**Factual Basis - Page 1**

seized what was later analyzed by the Drug Enforcement Administration (DEA) laboratory to be more than 500 grams, but less than 1.5 kilograms, of actual methamphetamine, drug trafficking paraphernalia, U.S. Currency, firearms, and ammunition;

4. I admit that the United States could prove that the substance was, in fact, actual methamphetamine, a Schedule II controlled substance;

5. I stipulate and admit that I possessed the methamphetamine with the intent to distribute it and did distribute it;

6. I stipulate and agree to forfeit any and all interest I may have in the following described property to the United States because the property constitutes proceeds traceable to the illegal activity described in the indictment or was used or intended for use to facilitate the offense described in the indictment:

**U.S. Currency**

$3,922.00 in U.S. Currency.

**Firearms/Ammunition**

1) a Taurus, model PT111 G2, 9mm caliber pistol, bearing serial number TKS38764 with two magazines;
2) a Rohm, model RG10, .22 caliber revolver, bearing serial number 642454;
3) a Phoenix Arms, model HP22A, .22 caliber pistol, bearing serial number 4484255 with one magazine; and
4) Assorted ammunition.

**Cash Proceeds**

A sum of money equal to $10,000.00 in United States currency and all

interest and proceeds traceable thereto, representing the amount of proceeds I obtained as a result of the offense alleged in **Count One** of the indictment and relevant conduct, which charges a violation of 21 U.S.C. § 841(a)(1), possession with intent to distribute and distribution of methamphetamine, for which I am personally liable.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGEMENT

I have read (or had read to me) this Factual Basis and I am pleading guilty to Count One of the Indictment in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and counsel that he has provided me. I acknowledge that I violated 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Methamphetamine). I hereby stipulate that the facts described above are true and correct and accept them as the uncontested facts of this case.

Dated: 10/21/20

ANDRES MICHAEL MARTINEZ-JUAREZ
Defendant

I have reviewed this Factual Basis with the defendant. Based on these discussions, I am satisfied that he understands the terms and effect of the Factual Basis and that he has signed it voluntarily.

Dated: 10/21/20

CRAIG BASS
Attorney for Defendant